# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STANFORD MILO,<br>               Petitioner,<br>    v.<br>L.E. SCRIBNER, Warden,<br>               Respondent. | Case No. CV 08-3205-R<br><br>**J U D G M E N T** |

      In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: July 29, 2009

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE